**FILED**

FEB 1 8 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS ORLANDO TAITE,      )
                           )
            Petitioner,    )
                           )
      v.                   )      Civil Action No. *14-244*
                           )
U.S. PARDON ATTORNEY, *et al.*,  )
                           )
            Respondents.   )

## MEMORANDUM OPINION

The Court construes the petitioner's submission as a petition for a writ of habeas corpus. A habeas action is subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Cir. Ct. of Ky.*, 410 U.S. 484 (1973). The proper respondent in a habeas corpus action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). The petitioner currently is incarcerated at an Alabama correctional facility. The Court cannot entertain this petition for a writ of habeas corpus because neither the petitioner nor his custodian is within its territorial jurisdiction. *See Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Accordingly, the Court will deny the petition and dismiss this action. An Order is issued separately.

United States District Judge

DATE: January 31, 2014